UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BARBARA HARRISON by her next friend and guardian, JACK HARRISON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-1116-B |
| CECILE ERWIN YOUNG in her official capacity as the Executive Commissioner, Texas Health and Human Services Commission, | § § § § § | |

### ORDER

Based on the parties' Joint Stipulation of Dismissal Without Prejudice filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorney fees and costs. The Clerk is directed to close the file.

SO ORDERED.

SIGNED: August 24, 2024.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE